**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANE DOE,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**OREN ALEXANDER,**<br><br>**Defendants.** | **25-cv-2148 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

Pending before the Court is the parties' joint request to stay pending appeals. ECF No. 17. While the motion was pending, the parties have partially briefed Defendant's motion to dismiss.

The parties are directed to submit a joint status report by October 14, 2026, indicating whether the parties would like the Court to stay the case or reset the briefing schedule for the Motion to Dismiss.

**SO ORDERED.**

**Dated: October 1, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**