**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JANE DOE,**

**Plaintiff,**

**-against-**

**OREN ALEXANDER,**

**Defendants.**

**25-cv-2148 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Per the parties' request, this matter is hereby stayed pending resolution of the tandem appeals in *Parker v. Alexander et al.,* No. 25-487 (2d Cir.) and *Doe v. Black,* No. 25 564 (2d Cir.). The parties' letter Motion at ECF No. 17 is **GRANTED**.

Accordingly, Defendant's Motion to Dismiss, ECF No. 18, is **DENIED** without prejudice. Defendant may renew the Motion once the stay is lifted.

The Clerk of Court is respectfully directed to terminate ECF Nos. 17 and 18.

**SO ORDERED.**

**Dated: October 20, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**